```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                     MIAMI DIVISION
              CASE NO. 06-20800-CR-GRAHAM
```

UNITED STATES OF AMERICA

       Plaintiff,

vs.

VICTORINO CHAVEZ,

       Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge John O'Sullivan, on February 13, 2007. A Report and Recommendation filed on March 7, 2007 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge John O'Sullivan, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Counts One of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28$^h$ day of March, 2007.

                                               _____
                                               DONALD L. GRAHAM
                                               UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge John O'Sullivan
        Anne Lyons, AFPD
        Daniel Bernstein, AUSA
```